## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHANIE MOISE,** | **CIVIL ACTION NO.** |
| PLAINTIFF, | |
| v. | |
| **CVS PHARMACY, INC.,** | |
| DEFENDANT. | April 28, 2021 |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant CVS Pharmacy, Inc. ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332 (diversity jurisdiction), 1441, and 1446 and removes this action from the State of Connecticut Superior Court, Judicial District of Hartford at Hartford, to the United States District Court for the District of Connecticut. As its reasons for removal, Defendant states:

1.  By Summons and Complaint, Plaintiff Stephanie Moise ("Plaintiff") commenced a civil action against Defendant in Connecticut Superior Court titled *Stephanie Moise v. CVS Pharmacy, Inc.,* HHD-CV-21-6140210-S with a return date of April 27, 2021 (the "Superior Court Action"). A true and correct copy of the Summons and Complaint served by Plaintiff on Defendant on March 29, 2021 is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

2.  This Notice of Removal is being filed within 30 days of the date Defendant was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and, upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff alleges that Defendant terminated her employment because of her race and in retaliation for engaging in protected activity on September 17, 2020. Plaintiff further alleges that, in or around mid-July 2020, Defendant unlawfully reduced her work hours. Plaintiff seeks monetary damages, including for alleged lost wages and emotional distress, reinstatement or front pay damages, punitive damages and attorneys' fees due to Defendant's alleged conduct. *See* Complaint, at ¶¶ 19-21 and Prayer for Relief.

4. The Summons and Complaint allege state that Plaintiff was, at all relevant times, a citizen of the State of Connecticut. *See* Complaint, at ¶ 1.

5. The Summons and Complaint further allege the Defendant is a foreign corporation organized under the laws of Rhode Island. *See* Complaint, at ¶ 3. Plaintiff's allegation is correct. Defendant is organized under the laws of the State of Rhode Island and has its principal place of business in Rhode Island.

6. This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

7. Attached hereto as Exhibit B is a copy of the Notice to Superior Court of Filing of Notice of Removal, the original of which is being filed with the Superior Court, Judicial District of Hartford at Hartford. 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this matter be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

Respectfully submitted,

/s/ *Elizabeth R. McKenna*
Elizabeth R. McKenna (ct28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
EMcKenna@littler.com

3.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2021, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

Michael J. Reilly
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114

mreilly@cicchielloesq.com

                                                          /s/ *Elizabeth R. McKenna*
                                                          Elizabeth R. McKenna