# Exhibit A

 CT Corporation

**Service of Process Transmittal**
03/29/2021
CT Log Number 539285526

TO: Serviceof Process
CVS Health Companies
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** **Process Served in Connecticut**

**FOR:** CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Stephanie Moise, Pltf. vs. CVS Pharmacy, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # NONE |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/29/2021 at 13:06 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/29/2021, Expected Purge Date: 04/03/2021<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / JR

## SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 95 Washington Street, Hartford, CT 06103 | ( 860 )548-2700 | April | 27 | 2021 |
| | | Month | Day | Year |

| | | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| [X] Judicial District | [ ] G.A. Number: | Hartford | Major: **M** | Minor: **90** |
| [ ] Housing Session | | | | |

### For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* mreilly@cicchielloesq.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **Stephanie Moise** <br> Address: c/o: Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| **Additional Plaintiff** | Name: <br> Address: | P-02 |
| **First Defendant** | Name: CVS Pharmacy, Inc. <br> Address: 1 CVS Drive, Woonsocket, RI, 02895 | D-01 |
| **Additional Defendant** | Name: Agent: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 <br> Address: | D-02 |
| **Additional Defendant** | Name: <br> Address: | D-03 |
| **Additional Defendant** | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court <br> [ ] Assistant Clerk | Name of Person Signing at Left <br> Michael J. Reilly | Date signed <br> 03/24/2021 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date <br><br> A TRUE COPY ATTEST <br><br> JOSEPH D. N. ZANKIEWICZ <br> CONNECTICUT STATE MARSHAL <br> AND INDIFFERENT PERSON |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

*1. Type or print legibly; sign summons.*

*2. Prepare or photocopy a summons for each defendant.*

*3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*

*4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*

*5. Do not use this form for the following actions:*

*(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).*

*(b) Summary process actions.*

*(c) Applications for change of name.*

*(d) Probate appeals.*

*(e) Administrative appeals.*

*(f) Proceedings pertaining to arbitration.*

*(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 20 | Airplanes |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 83 | Small Claims Transfer to Regular Docket | | V 90 | All other |
| | M 84 | Foreign Protective Order | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 10 | Partition | | W 90 | All other |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | | |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE:  APRIL 27, 2021 | : | SUPERIOR COURT |
| | : | |
| STEPHANIE MOISE | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF HARTFORD |
| | : | |
| CVS PHARMACY, INC. | : | MARCH 24, 2021 |

## COMPLAINT

1.     At all times set forth herein, the Plaintiff, Stephanie Moise, was a resident of Hartford, Connecticut.

2.     Plaintiff is black.

3.     At all times set forth herein, the Defendant, CVS Pharmacy, Inc., was a corporation organized under the laws of the State of Rhode Island.

4.     The Defendant operates a CVS retail pharmacy located at 2427 Main Street in Rocky Hill, Connecticut.

5.     At all times set forth herein, John Kerra ("Kerra") was the Store Manager of the aforesaid Rocky Hill CVS store.

6.     Plaintiff began working for the Defendant in or around April 2020 as a Shift Supervisor Trainee at the aforesaid Rocky Hill CVS store.

7.     Throughout Plaintiff's employment with Defendant, Kerra treated Plaintiff's white co-workers more favorably than the Plaintiff and subjected Plaintiff to degrading racial stereotypes.

8.     For example, Kerra regularly commented that Plaintiff and another black co-worker were "lazy" and "don't like to work hard" while at the same time praising the work ethic of Plaintiff's white co-workers.

9.     These comments were not true, but rather predicated on the age-old trope of black

people as lazy and preferring frivolity over hard work.

10.     By way of further example, Kerra would allow Plaintiff white co-workers to come in late or leave early, utilize their phones while working, and fail to perform various job duties without consequence, while expecting Plaintiff and her black co-workers to adhere strictly to all of Defendant's policies.

11.     On account of the foregoing conduct and other racially discriminatory behavior, in or around mid-July of 2020, the Plaintiff lodged a complaint of racial discrimination with Defendant's internal ethics hotline.

12.     Shortly following Plaintiff's internal complaint of racial discrimination, Kerra reduced Plaintiff's work hours from an average of 26 to 32 hours per week down to an average of 18 hours per week.

13.     Further, Kerra removed Plaintiff's supervisory tasks and re-assigned them to Plaintiff's white co-workers.

14.     Further, the undergoing racially discriminatory behavior about which Plaintiff had complained continued unabated.

15.     As a result on September 15, 2020, Plaintiff made a second complaint to Defendant's internal ethics hotline, stating that she was still being subject to racial discrimination and also now being retaliated against on account of her prior complaint.

16.     As a further result, on September 16, 2020, Plaintiff filed a complaint of discrimination and retaliation with the Commission on Human Rights and Opportunities ("CHRO").

17.     One day later, on September 17, 2020, Defendant terminated Plaintiff's employment.

**FIRST COUNT:**          **Racial Discrimination in Violation of Conn. Gen. Stat. §§ 46a-60(b)(1)**

1.      The Plaintiff repeats and re-alleges Paragraphs 1 through 17 above as Paragraphs 1 through 17 of this First Count, as if fully set forth herein.

18.     The Defendant, through the foregoing conduct, discriminated against the Plaintiff and terminated Plaintiff's employment because of her race in violation of Conn. Gen. Stat. § 46a-60(b)(1).

19.     As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will suffer, monetary damages, including but not limited to lost wages.

20.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered emotional distress.

21.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has incurred, and/or will incur, attorney's fees and costs.

22.     Prior to commencing this action, Plaintiff received a Release of Jurisdiction letter from the CHRO dated February 1, 2021. Said Release of Jurisdiction letter is attached hereto as Exhibit A.

**SECOND COUNT:**          **Retaliation in Violation of Conn. Gen. Stat. § 46a-60(b)(4)**

1.      The Plaintiff repeats and re-alleges Paragraphs 1 through 16 above as Paragraphs 1 through 16 of this First Count, as if fully set forth herein.

17.     The Defendant, through the foregoing conduct, retaliated against the Plaintiff and terminated Plaintiff's employment because of her opposition to Defendant's discriminatory conduct in violation of Conn. Gen. Stat. § 46a-60(b)(4).

18.     As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will suffer, monetary damages, including but not limited to lost wages.

3

19.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered emotional distress.

20.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has incurred, and/or will incur, attorney's fees and costs.

21.     Prior to commencing this action, Plaintiff received a Release of Jurisdiction letter from the CHRO dated February 1, 2021. Said Release of Jurisdiction letter is attached hereto as Exhibit A.

**WHEREFORE,** the Plaintiff prays for the following relief:

1.   Money damages;

2.   Reinstatement or front pay;

3.   Punitive damages;

4.   Reasonable attorney's fees and costs, and;

5.   Such other relief as is allowable at law or equity.

THE PLAINTIFF,
STEPHANIE MOISE

By: _____
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris #: 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

_____
KEITH D. KIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

5

| | | |
|---|---|---|
| RETURN DATE:  APRIL 27, 2021 | : | SUPERIOR COURT |
| | : | |
| STEPHANIE MOISE | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF HARTFORD |
| | : | |
| CVS PHARMACY, INC. | : | MARCH 24, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of demand in this matter exceeds $15,000.00.

THE PLAINTIFF,
STEPHANIE MOISE

By: _____
Michael J. Reilly, Esq.
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris #: 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

6

**EXHIBIT A**

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Stephanie Moise
**COMPLAINANT**                                    CHRO No. 2110103


vs.                                                EEOC No. 16A-2020-01583


CVS
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.


**DATE:** February 1, 2021                         Tanya A. Hughes, Executive Director


Service:
Complainant's counsel:  mparadisi@cicchielloesq.com
Respondent's counsel:   aspacone@morganbrown.com