**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHANIE MOISE : <br> *Plaintiff* : <br> : <br> vs. : <br> : <br> CVS PHARMACY, INC. : <br> *Defendant* : | CIVIL ACTION NO. <br><br> 3:21-cv-00582-KAD <br><br><br> MAY 5, 2021 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| STEPHANIE MOISE | CVS PHARMACY, INC. |
| | |
| By: //s// *Michael J. Reilly* | By: //s// |
| Michael J. Reilly, Esq. (ct28651) | Elizabeth McKenna |
| CICCHIELLO & CICCHIELLO LLP | Littler Mendelson, P.C. |
| 364 Franklin Avenue | One Century Tower, Suite 300 |
| Hartford, CT 06114 | 265 Church Street |
| Tel: (860) 296-3457 | New Haven, CT 06510 |
| Fax: (860) 296-0676 | Tel: 203-974-8714 |
| Juris: 419987 | Fax: 203-974-8799 |
| Email: mreilly@cicchielloesq.com | Email: Emckenna@littler.com |

**ELECTRONIC CERTIFICATION OF SERVICE**

    I hereby certify that on May 5, 2021, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                By: _//s// Michael J. Reilly_
                                                                 Michael J. Reilly, Esq. (ct28651)